Fill in this information to identify the case:

Debtor name: Leafceauticals, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accident Fund c/o The Leviton Law Firm ltd. One Pierce Place, Suite 725W Itasca, IL 60143 | | Unknown | | | | $188.74 |
| Bay Alarm Company PO Box 7137 San Francisco, CA 94120-7137 | | Business Debt | | | | $2,937.55 |
| Blue Cross Laboratories 20950 Centre Pointe Pkwy Santa Clarita, CA 91350 | | Business Debt | | | | $360.00 |
| Container & Packaging 1345 East State Street Eagle, ID 83616 | | Business Debt | | | | $36,990.04 |
| CSIDE Supply 212 North Street Grass Valley, OR 97029 | | Business Debt | | | | $42,000.00 |
| Emily Laue c/o Stephanie Brown Shuck Law Firm 208 E. 25th Street Vancouver, WA 98663 | | Settlement Agreement | | | | $25,000.00 |
| G.L. Farms LLC PO Box 6152 Gardnerville, NV 89460 | | Business Debt | | | | $2,650.00 |

Debtor  **Leafceauticals, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Impact Printing 8280 SW Nimbus Ave. Beaverton, OR 97008 | | Business Debt | | | | $509.45 |
| IPFS Corporation 24722 Network Place Chicago, IL 60673-1247 | | Business Debt | | | | $3,107.28 |
| Janice Jessop 1554 Via Madrina San Diego, CA 92111 | | Note Payable | | | | $80,000.00 |
| MCP Wellness II LP 641 Lexington Ave. 18th Floor New York, NY 10022 | | Convertible Note | | | | $5,542,740.00 |
| Nature's Kick Corporation 1443 45th Avenue NE Salem, OR 97301-2006 | | Business Debt | | | | $6,150.00 |
| New Jersey Taxation 50 Barrack Street Trenton, NJ 08695 | | Taxes | | | | $2,101.00 |
| Oregon Dept. of Revenue 955 Center Street NE Salem, OR 97301-2555 | | Taxes | | | | $193.48 |
| Reliable Streel Attn: Tim Puetz 4724 Mitchell Street North Las Vegas, NV 89031-2764 | | Business Debt | | | | $4,949.08 |
| Skinvenus USA Inc. 1168 N. Del Sol Lane San Juan Capistrano, CA 92675 | | Business Debt | | | | $9,000.00 |
| State Compensation Insurance Fund PO Box 7441 San Francisco, CA 94120-7441 | | Business Debt | | | | $13,249.85 |

Debtor **Leafceauticals, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0511 | | Taxes | | | | $2,797.35 |
| Steep Hill Inc.<br>1005 Parker Street<br>Berkeley, CA 94710 | | Business Debt | | | | $875.00 |
| Treeform Packaging Solutions<br>1451 Danville Blvd., Suite 103<br>Alamo, CA 94507 | | Business Debt | | | | $850.00 |